**DISMISS and Opinion Filed February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01738-CV

**LEONARD R. THOMAS, Appellant**
**V.**
**DALLAS COUNTY, CITY OF DALLAS,**
**DALLAS INDEPENDENT SCHOOL DISTRICT,**
**DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,**
**DALLAS COUNTY SCHOOL EQUALIZATION FUND,**
**AND PARKLAND HOSPITAL DISTRICT, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-31766**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellees' October 15, 2014 letter that we treat as a motion to dismiss the appeal. Appellees contend the appeal should be dismissed because appellant, appearing pro se, has failed to file a brief that complies with the rules of appellate procedure.

Initially, we must note that a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure. *See Strange v. Cont'l Cas. Co.,* 126 S.W.3d 676, 677-78 (Tex. App.—Dallas 2004, pet. denied). On appeal, as at trial, the pro se appellant must properly present its case.

Appellant's original one-page appellate brief was wholly deficient. Among other deficiencies, the brief contains no citations to the record and fails to contain a clear and concise argument for the contentions made with appropriate citations to authorities. *See* TEX. R. APP. P. 38.1 (d), (g) & (i). We notified appellant of the multiple deficiencies and directed her to file an amended brief. We cautioned appellant that failure to file an amended brief correcting the deficiencies may result in dismissal of the appeal without further notice. Appellant filed a motion for an extension of time to file an amended brief. This Court granted appellant's motion extending the time to July 14, 2014. As of today's date, appellant has not filed an amended brief.

Appellant's brief contained substantial deficiencies that she failed to correct by filing an amended brief Accordingly, we grant appellees' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

131738F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LEONARD R. THOMAS, Appellant

No. 05-13-01738-CV      V.

DALLAS COUNTY, CITY OF DALLAS,
DALLAS INDEPENDENT SCHOOL
DISTRICT, DALLAS COUNTY
COMMUNITY COLLEGE DISTRICT,
DALLAS COUNTY SCHOOL
EQUALIZATION FUND, AND
PARKLAND HOSPITAL DISTRICT,
Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. TX-12-31766.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, DALLAS COUNTY, CITY OF DALLAS, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, AND PARKLAND HOSPITAL DISTRICT, recover their costs of this appeal from appellant, LEONARD R. THOMAS.

Judgment entered February 2, 2015.